# United States Court of Appeals
## For the First Circuit
_____

No. 16-1954

JANE DOE,

Plaintiff, Appellant,

v.

BROWN UNIVERSITY, in Providence in the state of Rhode Island and Providence Plantations;
MELISSA CLARK, individually and as an agent of BROWN; MARGARET KLAWUNN,
individually and as an agent of BROWN; and CHRISTOPHER DENNIS, individually and as an
agent of BROWN,

Defendants, Appellees
_____

**JUDGMENT**

Entered: November 22, 2019

     This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Samuel D. Zurier
Andrew T. Miltenberg
Philip Arwood Byler
Beverly E. Ledbetter
Thomas Robert Bender
Kathleen A. Collins